UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN J. SERAFINI, | Case No.: 3:16-cv-510-BR |
| Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | |
| DONN ANGELO SIMIONE; GEOFFREY THOMPSON; ASSET MANAGEMENT OUTSOURCING RECOVERIES, INC., a Georgia corporation; BOCCHETTI CONTRACTING, INC., an Oregon corporation; TRI-COUNTY ELECTRIC INC., an Oregon corporation; STATE OF OREGON DEPARTMENT OF REVENUE a governmental agency of the State of Oregon; and UNITED STATES OF AMERICA, by and through the INTERNAL REVENUE SERVICE; DICK WAND CONSTRUCTION, LLC; RICHARD J. WAND, DBA DICK WAND CONSTRUCTION, | |
| Defendants. | |

Page 1 - STIPULATED JUDGMENT OF DISMISSAL

This matter having come before the Court on the stipulation of plaintiff and the United States of America, by and through the Internal Revenue Service (the "U.S."); defaults having been entered against all defendants other than the U.S. and defendant Donn Angelo Simione ("Simione"); plaintiff having filed a notice that defendant Simione is deceased; and the Court being fully advise, now, therefore,

JUDGMENT IS HEREBY ENTERED dismissing the above-captioned lawsuit without an award of costs or attorney fees to any party.

DATED: __11\08__, 2016.

_____
Honorable Anna J. Brown, U.S. District
Court Judge

IT IS SO STIPULATED:

STOEL RIVES LLP

*/s/ Kenneth P. Childs*
Kenneth P. Childs, OSB No. 831690
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
503-294-9409 phone
503-220-2480 fax
kip.childs@stoel.com

*Attorney for plaintiff*

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

*/s/ Yen Jeannette Tran*
Yael Bortnick
Yen Jeannette Tran
Trial Attorneys, Tax Division
U.S. Department of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel:   202-616-3366 (Tran)
Tel:   202-514-6632 (Bortnick)
Fax:   202-307-0054
Yael.Bortnick@usdoj.gov
y.jeannette.tran@usdoj.gov

BILLY J. WILLIAMS
United States Attorney
*Of Counsel*
   *Attorneys for the United States*

Page 2 - STIPULATED JUDGMENT OF DISMISSAL